668

*Jason L. Honigman* for respondent.

No. 577. EHRMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Sidney M. Ehrman* and *Lloyd W. Dinkelspiel* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Warner W. Gardner* for respondent.

No. 578. MAY *v.* MIDWEST REFINING Co. ET AL. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harry T. Smith* for petitioner. *Mr. Robert Hale* for respondents.

No. 579. TSERIONI ET AL. *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Court of Claims denied. *Mr. David Steckler* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States.

No. 580. FORD MOTOR Co. *v.* FEDERAL TRADE COMMISSION. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clifford B. Longley* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.